■ The People of the State of New York, Respondent, v Clarence Adams, Appellant. [654 NYS2d 1] —Judgment, Supreme Court, New York County (Felice Shea, J.), rendered October 15, 1993, convicting defendant, upon his plea of guilty, of attempted robbery in the second degree, and sentencing him, as a second felony offender, to a term of 3 to 6 years, unanimously affirmed.

The police observed a bleeding man pursuing defendant and another man, who continued to flee past the marked police car. This provided the police with reasonable suspicion for their pursuit of defendant (*see, People v Youmans*, 228 AD2d 345). Defendant fled into the subway, whereupon Transit Authority police found him trespassing in a nonpublic area accessible only by way of the subway tracks. Aside from the fact that the police in the subway were aware of the prior pursuit, the

trespass independently created probable cause to arrest (*see, People v Glover*, 209 AD2d 636, *lv denied* 85 NY2d 938). At the very least, the police were justified in forcibly detaining defendant for a prompt on-the-scene showup (*see, e.g., People v Ortiz*, 232 AD2d 180, 181), which , we find, was not unduly suggestive. We have considered defendant's remaining arguments and find them to be without merit. Concur—Sullivan, J. P., Milonas, Rosenberger and Rubin, JJ.